# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrew Bonner                    CHAPTER 13

               Debtor(s)

                                                           BKY. NO. 25-13285 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
21 Aug 2025, 15:33:45, EDT

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322