UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Andrew Bonner : Chapter 13

        Debtor : Bky No.25-13285-amc

## Amended Certification of Service

    I, Lawrence S Rubin, attorney for the debtor, certify that on August 19, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

**Chapter 13 Plan**
========================

Mailing List Exhibit:

American Express
POB 1270
Newark, NJ 07101


Capital 1 Bank
4515 S Santa Fe
Oklahoma City, OK 73118


East Goshin Twp
Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404


Jefferson Capital
16 McLeland Rd
Saint Cloud, MN 56303


JEFFERSON CAPITAL SYSTEMS
16 MCLELAND RD
Saint Cloud, MN 56303


LVNV
55 BEATTIE PLACE
Greenville, SC 29601

Merrick Bk
Resurgent Capital
pob 10368
Greenville, SC 29603

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com

Portfolio Rc
Attn: Bankruptcy PO Box 9204
Old Bethpage, NY 11804

Resurgent Capital Services
POB 47500 (047)
Jacksonville, FL 32247

Select Portfolio Svcin
10401 DEERWOOD PARK BV
Jacksonville, FL 32256

Select Portfolio Svcin
3815 South West Temple
Salt Lake City, UT 84115

Synchrony Bank
POB 96061
Orlando, FL 32896

All above by first class mail

The debtor by handing him a copy.

                                      **s/Lawrence S.  Rubin, Esquire**
                                      Lawrence S. Rubin, Esquire
                                      Attorney for Debtor
                                      337 West State Street
                                      Media, PA 19063
                                      (610) 565-6660

Dated:August 19, 2025

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com