UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Andrew Bonner : Chapter 13

Debtor : Bky No. 25-13285 AMC

## **ORDER**

AND NOW, this _____ day of _____, 2025, the debtor having filed a motion to continue stay pursuant to §362(c)(3) and the court having found good cause to do so, it is hereby

Ordered that the automatic stay in this case shall continue as to property of the estate, as well as to property of the debtor with respect to any and all creditors in this case, until further order of this court.

**Date: September 18, 2025**

_____
Ashely M. Chan, Chief Bankruptcy Judge

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com