UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Andrew Bonner                    : Chapter 13

        Debtor                         : Bky No.25-13285-amc

## Objection to Trustee's Motion to Dismiss

The debtor, Andrew Bonner, by counsel, objects to the Trustee's Motion to Dismiss and demands a hearing thereon.

                              **s/Lawrence S. Rubin, Esquire**
                              Lawrence S. Rubin, Esquire
                              Attorney for Debtor
                              337 West State Street
                              Media, PA 19063
                              (610) 565-6660

Dated: September 29, 2025

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com