UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| --- | --- |
| Andrew Bonner | Bankruptcy No.25-13285-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of December, 2025, by first class mail upon those listed below:

Andrew Bonner
206 Marie Rd
West Chester, PA  19380

**Electronically via CM/ECF System Only:**

LAWRENCE S RUBIN ESQ
337 WEST STATE ST
MEDIA, PA  19063-2615

/s/ Kristen Gliem
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee