UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Andrew Bonner                              : Chapter 13

         Debtor                                     : Bky No.25-13285-amc

**Motion for Voluntary Dismissal Under 11 U.S.C. §1307(b)**

1. 11 U.S.C.S. § 1307(b) states: "On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title [11 USCS § 706, 1112, or 1208], the court shall dismiss a case under this chapter [11 USCS §§ 1301 et seq.]. Any waiver of the right to dismiss under this subsection is unenforceable."

2. The debtor wishes to dismiss his chapter 13 case.

3. This case has not been converted under section 706, 1112, or 1208 of title 11 U.S.C.

4. Counsel has been advised of the consequences of his dismissal including but not limited to the fact that he will not receive a discharge, that the fact of filing will not be erased from the court's records, that any accrued interest may be charged, and that he could be sued for any outstanding obligations to creditors.  Counsel has also explained that any orders of this court in his favor will be vacated by the dismissal.

5. The debtor stated that he understood the consequences of his decision.

6. Counsel believes that the debtor has made a knowing and intelligent decision.

7. The debtor, therefore, moves the court for an order of voluntary dismissal under 11 U.S.C. §1307(b).

8. This motion may be decided without a hearing pursuant to Rule 1017-2.

WHEREFORE, the debtor requests that the court dismiss his case.

**s/ Lawrence S.  Rubin, Esquire**
Lawrence S.  Rubin, Esquire
Attorney for the debtors
337 W State Street
Media, PA 19063-2615
(610) 565-6660

**Lawrence S. Rubin
Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Andrew Bonner             : Chapter 13

        Debtor              : Bky No-25-13285-amc

<u>ORDER</u>

Upon motion of the debtor for a voluntary dismissal, and after full disclosure of the consequences of his actions by counsel, this case is dismissed pursuant 11 U.S.C. §1307(b).

_____
Ashely Chan, Bankruptcy Judge

Dated: _____, 2025

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Andrew Bonner                                          : Chapter 13

          Debtor                                                : Bky No-25-13285-amc

### **Certification of Service**

I, Lawrence S Rubin, attorney for the debtor, certify that on February 27, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Motion to Dismiss

Mailing List Exhibit:

All creditors filing claims
All secured and priority creditors
Scott Waterman, Chapter 13 Trustee

Via:  CM/ECF

Debtor by email.

**s/Lawrence S.  Rubin, Esquire**
Lawrence S. Rubin, Esquire
Attorney for Debtor
337 West State Street
Media, PA 19063
(610) 565-6660

Dated: February 27, 2026

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com