UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Andrew Bonner                    : Chapter 13

            Debtor                    : Bky No-25-13285-amc

<u>ORDER</u>

    Upon motion of the debtor for a voluntary dismissal, and after full disclosure of the

consequences of his actions by counsel, this case is dismissed pursuant <u>11 U.S.C.</u>

<u>§1307(b)</u>.

_____
Ashely Chan, Bankruptcy Judge

Dated: ___March 6___, 2026

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com