United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Andrew Bonner

    Debtor

Case No. 25-13285-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Mar 06, 2026      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Bonner, 206 Marie Rd, West Chester, PA 19380-6702 |
| 15059251 | + | East Goshen Township, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 15059264 | + | East Goshen Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15040787 | + | East Goshin Twp, Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15040793 | + | Portfolio Rc, Attn: Bankruptcy PO Box 9204, Old Bethpage, NY 11804-9004 |
| 15040794 | + | Resurgent Capital Services, POB 47500 (047), Jacksonville, FL 32247-7500 |
| 15059811 | + | Township of Goshen, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 15041894 | + | U.S. Bank N.A., as trustee, on behalf of the holde, c/o Matthew Fissel,Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 07 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 07 2026 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15040785 | + | Email/PDF: bncnotices@becket-lee.com | Mar 07 2026 00:39:14 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 15040786 | | Email/PDF: ebn_ais@aisinfo.com | Mar 07 2026 00:39:29 | Capital 1 Bank, 4515 S Santa Fe, Oklahoma City, OK 73118 |
| 15043162 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2026 00:39:32 | Capital One N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 15042906 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 07 2026 00:39:13 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15040790 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 07 2026 00:31:00 | JEFFERSON CAPITAL SYSTEMS, 16 MCLELAND RD, Saint Cloud, MN 56303 |
| 15040789 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 07 2026 00:31:00 | Jefferson Capital, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 15051765 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 07 2026 00:31:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15040791 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2026 00:39:33 | LVNV, 55 BEATTIE PLACE, Greenville, SC 29601-2165 |
| 15041952 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2026 00:39:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15045116 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2026 00:39:13 | MERRICK BANK, Resurgent Capital Services, |

|  |  |  |  | PO Box 10368, Greenville, SC 29603-0368 |
|---|---|---|---|---|
| 15040792 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 07 2026 00:39:26 | Merrick Bk, Resurgent Capital, pob 10368, Greenville, SC 29603-0368 |
| 15063142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 07 2026 00:39:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15040796 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Mar 07 2026 00:31:00 | Select Portfolio Svcin, 3815 South West Temple, Salt Lake City, UT 84115 |
| 15040795 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Mar 07 2026 00:31:00 | Select Portfolio Svcin, 10401 DEERWOOD PARK BV, Jacksonville, FL 32256-0505 |
| 15040797 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 07 2026 00:39:24 | Synchrony Bank, POB 96061, Orlando, FL 32896-0001 |
| 15041738 | ^ | MEBN | | |
| | | | Mar 07 2026 00:23:27 | U.S. Bank N.A., as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15065669 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Mar 07 2026 00:31:00 | U.S. Bank N.A., at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15040788 | | Jane Banner |
| cr | *+ | East Goshen Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | |
| | on behalf of Creditor East Goshen Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| LAWRENCE S. RUBIN | |
| | on behalf of Debtor Andrew Bonner echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | |

District/off: 0313-2                     User: admin                                    Page 3 of 3
Date Rcvd: Mar 06, 2026                  Form ID: pdf900                                 Total Noticed: 27

      ECFMail@ReadingCh13.com

United States Trustee

      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Andrew Bonner                    : Chapter 13

          Debtor                        : Bky No-25-13285-amc

ORDER

    Upon motion of the debtor for a voluntary dismissal, and after full disclosure of the

consequences of his actions by counsel, this case is dismissed pursuant 11 U.S.C.

§1307(b).

                                        _____
                                      Ashely Chan, Bankruptcy Judge

Dated: ____March 6_____, 2026

Lawrence S. Rubin
Attorney
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com